26 So.2d 926

**Johnnie Lee TARVER v. STATE. .**
**4 Div. 936.**

Court of Appeals of Alabama.
April 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

21 So.2d 857

**Archie TATE v. STATE.**
**I Div. 506.**

Court of Appeals of Alabama.
April 10, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

21 So.2d 857

**Archie TATE v. STATE.**
**I Div. 507.**

Court of Appeals of Alabama.
April 10, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

21 So.2d 857

**Archie TATE v. STATE.**
**I Div. 508.**

Court of Appeals of Alabama.
April 10, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

24 So.2d 926

**Arthur TATE v. William H. HOLCOMBE,**
**Sheriff.**
**I Div. 523.**

Court of Appeals of Alabama.
Dec. 18, 1945.

Wm. C. Taylor, of Mobile, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

21 So.2d 858

**Thomas Ray (alias Tom) TAYLOR v.**
**STATE.**
**I Div. 503.**

Court of Appeals of Alabama.
April 10, 1945.

Wm. N. McQueen, Acting Atty. Gen.. for the State.

CARR, Judge.
Affirmed.